DIY

*YOUR COPY*

**Civil Court of the City of New York**
**County of Kings**

Index Number CV-091323-08/KI

LVNV FUNDING LLC
    -against-
LARSELLA OGLESBY

**ORDER TO SHOW CAUSE**
to restore case to the calendar, to vacate any judgment, liens and income executions on this defendant on this index number, allow proposed answer or dismissing the action

**UPON** the annexed affidavit of LARSELLA OGLESBY, sworn to on July 3, 2014, and upon all papers and proceedings herein:

Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:

> **Kings Civil Court**
> **141 Livingston Street**
> **Brooklyn, New York 11201**
> **Part 34C, Room 1101**
> **on     JULY 17, 2014  at 9:30 AM**

*Room 1101*

or as soon thereafter as counsel may be heard, why an order should not be made granting any of the following relief as the court deems appropriate:

**Vacating** the defendants default and any judgment, lifting restraints and executions, ordering restitution or dismissing or staying the action for 90 days or restoring the action to the calendar or allowing a proposed answer.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Plaintiff(s), Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Plaintiff(s) or named attorney(s):
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
___✓___ by First Class Mail with official Post Office Certificate of Mailing

Sheriff or Marshal:
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office Certificate of Mailing

on or before ___JULY 7, 2014_____ , shall be deemed good and sufficient.

**PROOF OF SUCH SERVICE** shall be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

Attorney(s):  Mail to:
Kirschenbaum & Phillips, P.C. (Counsel for Pltf)
40 DANIEL STREET, SUITE 7
P.O. BOX 9000
FARMINGDALE, NY 11735

Sheriff/Marshal:

July 3, 2014
DATE

_____
Hon. Lisa S. Ottley, Civil Court Judge (NYC)

| | |
|---|---|
| CIVIL COURT OF THE CITY OF NEW YORK<br>COUNTY OF KINGS | Index No. 91323-08/KI |
| **LVNV FUNDING LLC,**<br>                      Plaintiff,<br>– against –<br>**LARSELLA OGLESBY,**<br>                      Defendant. | **AFFIDAVIT IN SUPPORT OF AN<br>ORDER TO SHOW CAUSE**<br>To Vacate a Judgment<br>For Failure to Answer<br><br>Movant's address:<br>668 Madison Street, Apt. 4B<br>Brooklyn, NY, 11221 |

**State of New York, County of Kings ss.:**

LARSELLA OGLESBY, being duly sworn, deposes and says:

1. I am a defendant and I am making this request in support of the Order to Show Cause to vacate a default judgment and deem the attached Proposed Answer timely filed.

2. I did not file an answer to the Complaint with the court.

3. The court lacks personal jurisdiction because the Summons and Complaint were not served properly: I never received the papers to come to court. My first notice of this action was when I saw the judgment on my credit report. I have not lived at the address on the affidavit of service since 1998.

4. I have the following excusable default(s):

    a. I never received the court papers.

5. I have the following meritorious defense(s):

    a. I do not owe the money.

    b. I have no business relationship with the plaintiff so the plaintiff lacks standing.

    c. The Plaintiff is suing for the wrong amount of money.

6. I receive social security disability (SSD) benefits, which are exempt from collection.

7. I have not asked for a previous Order to Show Cause in this case.

## Relief

8. WHEREFORE, I request that the judge vacate any judgment and upon vacatur, dismiss this case for lack of personal jurisdiction or in the alternative, restore the case to the calendar, deem the attached Proposed Answer timely filed, grant me permission to serve these papers in person, and grant me such other and further relief as may be just.

_____
Larsella Oglesby, Defendant

Sworn to before me this __3rd__ day of ____JULY____, 20__14__.

_____C. Citron__, SCC
Signature and Title
of Court Employee or Notary

CIVIL COURT OF THE CITY OF NEW YORK  
COUNTY OF KINGS

Index No. 91323-08/KI

**LVNV FUNDING LLC,**

                Plaintiff,

– against –

**LARSELLA OGLESBY,**

                Defendant.

**PROPOSED ANSWER**  
**CONSUMER CREDIT**  
**TRANSACTION**

LARSELLA OGLESBY, answers the Complaint as follows:

1. General Denial: I deny the allegations of the Complaint.

2. The court lacks personal jurisdiction because the Summons and Complaint were not served properly: I never received the papers to come to court. My first notice of this action was when I saw the judgment on my credit report. I have not lived at the address on the affidavit of service since 1998.

3. I do not owe the money.

4. I have no business relationship with the plaintiff so the plaintiff lacks standing.

5. The plaintiff is suing for the wrong amount of money.

6. I receive social security disability (SSD) benefits, which are exempt from collection.

## VERIFICATION

**State of New York, County of Kings ss.:**

LARSELLA OGLESBY, being duly sworn, deposes and says: I am the Defendant in this action, I have read the Proposed Answer Consumer Credit Transaction and know the contents to be true to my own knowledge, except for those matters alleged to be on information and belief, and as to those matters, I believe them to be true.

_____
Larsella Oglesby, Defendant

Sworn to before me this **3RD** day

of **JULY**, 20 **14**.

_C. ahora, SCC_____
Signature and Title
of Court Employee or Notary