UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
LARSELLA OGLESBY,

                Plaintiff,

      -against-

ALLTRAN FINANCIAL LP, LVNV
FUNDING LLC, RESURGENT CAPITAL
SERVICES, LP and FIRST NATIONAL
COLLECTION BUREAU, INC.,

                Defendant.
---------------------------------x

ANSWER

19-CV-01834(AMD)(CLP)

    Defendant, FIRST NATIONAL COLLECTION BUREAU, INC., by its attorneys, Barron & Newburger, P.C., answers plaintiff's complaint as follows:

    1.  Defendant acknowledges being sued pursuant to Federal and State law, but denies any violation thereof.

    2.  Defendant admits the allegations contained in paragraph "2" of the complaint.

    3.  Defendant denies knowledge or information sufficient to om a belief as to the allegations contained in paragraph "3" of the complaint.

    4.  This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

5. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

6. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

7. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

8. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

9. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

10. Defendant admits the allegations contained in paragraph "10" of the complaint.

11. Defendant admits the allegations contained in paragraph "11" of the complaint

12. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "12" of the complaint.

13. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "13" of the complaint.

14. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "14" of the complaint.

15. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "15" of the complaint.

16. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "16" of the complaint.

17. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "17" of the complaint

18. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "18" of the complaint.

19. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "19" of the complaint.

20. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "20" of the complaint.

21. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "21" of the complaint.

22. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "22" f the complaint.

23. Defendant denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "23" of the complaint.

24. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "24" of the complaint.

25. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "25" of the complaint.

26. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "26" of the complaint.

27. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "27" of the complaint.

28. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "28" of the complaint.

29. Defendant denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "29" of the complaint.

30. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "30" of the complaint.

31. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "31" of the complaint.

32. Defendant admits sending correspondence to plaintiff on or about May 29, 2018, and would refer the Court to Exhibit "I" for the exact wording of that correspondence.

33. Defendant admits sending correspondence to plaintiff on or about May 29, 2018, and would refer the Court to Exhibit "I" for the exact wording of that correspondence.

34. Defendant admits sending correspondence to plaintiff on or about May 29, 2018, and would refer the Court to Exhibit "I" for the exact wording of that correspondence.

35. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "35" of the complaint.

36. Defendant denies each and every allegation contained in paragraph "36" of the complaint.

37. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "37" of the complaint.

38. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "38" of the complaint.

39. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "39" of the complaint.

40. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "40" of the complaint.

41. Defendant denies each and every allegation contained in paragraph "41" of the complaint.

42. Defendant denies each and every allegation contained in paragraph "42" of the complaint.

43. Defendant denies each and every allegation contained in paragraph "43" of the complaint.

44. Defendant denies each and every allegation contained in paragraph "44" of the complaint.

45. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "45" of the complaint.

46. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "46" of the complaint.

47. Defendant denies each and every allegation contained in paragraph "47" of the complaint.

48. Defendant denies each and every allegation contained in paragraph "48" of the complaint.

49. Defendant denies each and every allegation contained in paragraph "49" of the complaint.

50. Defendant denies each and every allegation contained in paragraph "50" of the complaint.

51. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "51" of the complaint.

52. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "52" of the complaint.

53. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "53" of the complaint.

54. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "54" of the complaint.

55. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "55" of the complaint.

56. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "56" of the complaint.

57. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "57" of the complaint.

58. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "58" of the complaint.

59. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "59" of the complaint.

60. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "60" of the complaint.

61. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "61" of the complaint.

62. Defendant repeats and realleges its previous admissions and denials contained in paragraphs "1" through "61" of the complaint

63. This paragraph contains no factual allegations directed against the defendant and does not require an admission or denial.

64. This paragraph contains no factual allegations directed against the defendant and does not require an admission or denial.

65. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "65" of the complaint.

66. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "66" of the complaint.

67. Defendant admits the allegations contained in paragraph "67" of the complaint.

68. Defendant denies each and every allegation contained in paragraph "68" of the complaint.

69. Defendant repeats and realleges its previous admissions and denials contained in paragraphs "1" through "38" of the complaint.

70. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

71. Defendant denies each and every allegation contained in paragraph "71" of the complaint.

72. Defendant denies each and every allegation contained in paragraph "72" of the complaint.

73. Defendant denies each and every allegation contained in paragraph "73" of the complaint.

74. Defendant denies each and every allegation contained in paragraph "74" of the complaint.

WHEREFORE, defendant respectfully requests that plaintiff's complaint be dismissed.

Dated: New City, NY
       June 21, 2019

_____
ARTHUR SANDERS, ESQ.
BARRON & NEWBURGER, P.C.
Attorneys for defendant
30 South Main Street
New City, NY  10956
845-499-2990

TO:

AHMAD KESHAVARZ, ESQ.
Attorney for plaintiff
16 Court Street – 26th Floor
Brooklyn, NY  11241