# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

March 26, 2021

**VIA ECF**
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Letter on current status of court-ordered mediation.

           *Larsella Oglesby v. Alltran Financial LP, et al.,* **No. 1:19-cv-01834-AMD-CLP**

Dear Judge Pollak:

      The undersigned represents Plaintiff Larsella Oglesby in this action for FDCPA and other related claims. This letter provides an update on the status of the mediation as requested by chambers.

      Because of personal difficulties for Defendants' counsel, the mediation in this matter was adjourned from March 9, 2021 to March 30, 2021, and unfortunately due to the same difficulties will be adjourned again at a date to be determined in April. If the Court wishes, our office will gladly provide a further update once the new date for mediation has been determined.

Respectfully submitted,

/s/

Emma Caterine


cc: all counsel of record via ECF and mediator by email.